614

Rosenthal, et al, Appellant v. Amer. Cas. Co., et al.
Petition for Allowance of Appeal Denied Jan. 20, 1984.

Argued April 6, 1982.   Fincourt B. Shelton, for appellants;   Zygmunt R. Bialkowski, Jr., for appellees.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Order affirmed.

461 A.2d 874

Strange v. Strange, Appellant.

Argued April 19, 1983.   Emy Lore Frany, for appellant;   Priscilla M. Walrath, for appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.